## DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY THIS VOLUME.

No. 413. GREGORY *v.* PIKE. Appeal from the Circuit Court of the United States for the District of Massachusetts. Motions to dismiss or affirm submitted April 8, 1901. Decided April 15, 1901. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. Thomas H. Talbot* for the motions. *Mr. F. A. Brooks* opposing.

No. 272. TERRITORY OF OKLAHOMA UPON THE RELATION OF RIDINGS, COUNTY ATTORNEY, *v.* NEVILLE ET AL., BOARD OF COUNTY COMMISSIONERS. Appeal from the Supreme Court of the Territory of Oklahoma. Submitted April 24, 1901. Decided April 29, 1901. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Smith* v. *Adams*, 130 U. S. 167; *Thomas* v. *Wooldridge*, 23 Wall. 283, 288. *Mr. John W. Shartel* and *Mr. J. R. Keaton* for the appellant. *Mr. Horace Speed* for the appellees.

No. 311. MANCHESTER *v.* CENTRAL BAPTIST CHURCH AND SOCIETY OF TIVERTON. Error to the Supreme Court of the State of Rhode Island. Motions to dismiss or affirm submitted April 29, 1901. Decided May 13, 1901. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. William P. Sheffield, Jr.,* for the motions. No one opposing.

No. 388. NORDSTROM (BY HIS NEXT FRIEND DENNING) *v.* VAN DE VANTER, SHERIFF, ETC. Appeal from the Circuit Court of the United States for the District of Washington. Motions to dismiss or affirm submitted April 29, 1901. Decided May 13, 1901. *Per Curiam.* Order affirmed with costs on the author-